**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**ANTONIO SANCHEZ BROWN**                                                  **PLAINTIFF**

**VERSUS**                                 **CIVIL ACTION NO. 4:09-cv-90-TSL-LRA**

**LAUDERDALE COUNTY DETENTION FACILITY**                    **DEFENDANT**

<u>FINAL JUDGMENT</u>

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 19th day of October, 2009.

                                             /s/Tom S. Lee
                                             UNITED STATES DISTRICT JUDGE